IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALFRED A. MCQUERRY　　　　　　　　　　　　　　　　　　　　PLAINTIFF

vs.　　　　　　　　　　　Civil No. 12-CV-1060

LT. WALTER BASS, *et al.*　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

　　Before the Court is the Report and Recommendation filed August 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 34. Judge Bryant recommends that this case be dismissed without prejudice on the grounds that Plaintiff has failed to obey an order of the Court, has failed to comply with the Local Rules, and has failed to prosecute this action. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. This case is **DISMISSED WITHOUT PREJUDICE**.

　　**IT IS SO ORDERED**, this 9th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge